## Commonwealth *v.* Kelly, Appellant.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the constitutional issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.